UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

     v.               CR 12-098 ML

SEAN STRACHAN

## MEMORANDUM AND ORDER

On May 2, 2014, this Court directed Petitioner to file a pleading to clarify what claims he is asserting in this action. Petitioner failed to comply with that Order. On May 27, 2014, this Court, again, directed Petitioner to file a pleading that would clearly set forth the nature of his claims. Petitioner was warned that failure to comply with the Order would result in dismissal of this action. Petitioner has not complied with the May 27, 2014 Order. Accordingly, this matter is DISMISSED.

SO ORDERED:

*/s/ Mary M. Lisi*
Mary M. Lisi
United States District Judge
July 8, 2014